### (June 25, 1937.)

ELEANOR ONDERDONK BISSELL, Respondent, v. EUGENE VAN NAME BISSELL, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

THE BROOKLYN TRUST COMPANY, as Executor, etc., of JOHN DAIS, Deceased, Respondent, v. JOHN C. MAHON, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of ABRAHAM SCHACHNE, an Attorney, Respondent.— Motion to modify order of suspension denied. [See 242 App. Div. 728.] Hagarty, Carswell, Adel and Taylor, JJ., concur; Davis, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM A. THOMAS, an Attorney and Counselor at Law, Respondent.— Resignation as attorney and counselor at law accepted, name ordered to be struck from the roll of attorneys, and pending disciplinary proceedings dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

JOHN C. MAHON, Appellant, v. BROOKLYN TRUST COMPANY, as Executor, etc., of JOHN DAIS, Deceased, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

LOUIS TARNOWSKI, Respondent, v. EDWARD J. BUDRZISKI, Appellant, and FRANK BUDRZISKI, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.